# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Marinkovic<br><br>Defendant(s) | )<br>)<br>)   Case No.  8:18-mj-2175 TGW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 2018 - November 2018   in the county of   Pasco   in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 875(c) and 2261A(2) | Transmitting in interstate commerce threats to injure another person and, with intent to harass or intimidate, using an electronic communication service to place another person in reasonable fear of serious injury or death. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Sarah Andreasen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 21, 2018

*Judge's signature*

City and state:   Tampa, Florida   Honorable Thomas G. Wilson
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sarah Andreasen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation in Tampa, Florida, and I am assigned to the Safe Streets Task Force. I have been appointed as a Special Agent since January 2017 and a member of the Safe Streets Task Force since August 2018. Prior to being assigned to the Safe Streets Task Force, I was a Drug Enforcement Administration Special Agent from March 2010 to January 2017.

2. This affidavit is made in support of an application for an arrest warrant for Nicholas MARINKOVIC, for transmitting in interstate commerce threats to injure another person, in violation of 18 U.S.C. § 875(c), and for, with intent to harass or intimidate, using an electronic communication service to place another person in reasonable fear of serious injury or death, in violation of 18 U.S.C. §2261A(2).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. Based on this investigation, I believe that MARINKOVIC is a United States citizen who previously resided in the Middle District of Florida. MARINKOVIC has made threats to murder and physically injure, via text messages and phone calls, his ex-girlfriend E.C. and her son E.M., who reside in Zephyr Hills, Florida, in the Middle District of Florida. MARINKOVIC has also made threats to his mother T.A., who resides in Arizona, and his sister K.L., who resides in Ohio. At the time Marinkovic made some or all of the threats, MARINKOVIC was located outside the State of Florida.

5. MARINKOVIC and E.C. separated in or around February 2018. MARINKOVIC threatened and stalked E.C., including by coming to her place of work in the Middle District of Florida. In or around March 2018, a Florida state court issued a domestic violence injunction against MARINKOVIC. MARINKOVIC repeatedly violated the injunction, while both he and E.C. were in the Middle District of Florida, by harassing E.C. with text messages and phone calls in or around March through July 2018. There were two warrants for MARINKOVIC's arrest, including for violating the injunction. During a court hearing on or about August 9, 2018, after which

2

MARINKOVIC was going to be arrested, MARINKOVIC purportedly faked a seizure and was taken away in an ambulance. He then escaped from the ambulance and fled. At some point after the hearing, MARINKOVIC relocated to California.

6. In or around August to November 2018, MARINKOVIC threatened the life and safety of E.C. and their child E.M via numerous text messages and phone calls to E.C. On or about November 11, 2018, E.C. was interviewed by FBI agents. Among other threats, MARINKOVIC, who had previously stalked E.C. by showing up at the flight schools where E.C. is an instructor pilot, threatened to put someone in E.C.'s plane pretending to be a student who would then harm or kill E.C. Listed below are a sampling of the hundreds of text messages that MARINKOVIC sent to E.C. in or around October 2018, while E.C. resided in the Middle District of Florida:

    a. "Even if it kills me or send me to prison forever I will make sure you are miserable the rest of your life."

    b. "If it costs me my life you will be made miserable cunt"

    c. "We will see how much that piece of court paper does for you"

    d. "It only to hold me accountable. Not gonna stop me from costing you everything"

3

e. "You want to punish me and [E.M.] I'll punish you and [E.M.] to"

f. "I'm going to knock your fucking happy little life off it's axis soon"

g. "Bottom line of the reality is that you took my son from me and I'm already dead. Life is pointless and I have nothing to lose. You do though. My son died 10 months ago…thanks cunt. Who knows when you will have to mourn his lose," and later, "But you will have to"

h. "You will have to pay and watch him die cunt I know it"

i. "You deserve nothing less"

j. "If I figure out a way to infect you with aids I'm going to"

k. "Beware you of crack heads and random needle pokes from stanngers out of no where. Fukers will do anything for $1,000"

l. "If it costs my life [derogatory nickname involving E.C.'s name and "cunt"] ill see you miserable for taking my son"

m. "It would suck if those niggers in St. Pete. Shot your boyfriend in his patrol car"

4

n. "You will have have to watch [E.M.] struggling to breathe with some type of infection that antibiotics don't work on"

o. "You and that little fucker will suffer [derogatory nickname for E.C.]. If I have to wait till he is 25 I'll stay alive and wait to ruin his life. Your fucking kid has no real future cunt.."

p. "You don't either"

q. "It's great they just leave the planes you use unattended. Out in the open. Anything could happen to them"

r. "Could just explode in flight. Dangerous thing flying"

s. "You will watch that little fucker gasp for breath and die of a bacterial infection that can't be treated"

t. "No worries. My mother will get hers to"

7. Because of MARINKOVIC's threats, E.C. has been afraid for her own life and the life of her son. She reports that she keeps her voicemail full to avoid receiving additional threatening messages from MARINKOVIC. She also reported that she resides with family members because she fears for the safety of her and her son.

8. On or about October 10, 2018, T.A. submitted an online tip to the FBI Public Access Line regarding her son, MARINKOVIC. T.A. reported in the tip, as well as during subsequent interviews, that she has been living in

5

fear due to MARINKOVIC's consistent threats to harm E.C., E.M., K.L, and T.A. T.A. speaks with E.C. and K.L. regularly, and they have also been in fear for their lives since the threats have started. T.A. reported that her son, MARINKOVIC, is unstable and has been making threats to kill these family members. T.A. reported that she believes that MARINKOVIC is capable of committing murder.

9. T.A. brought her phone to the FBI Phoenix Division and consented to a digital extraction for analysis of her cellphone for activity related to threats and harassment made by MARINKOVIC. Below is a sample of threats and harassing statements made by MARINKOVIC to T.A. Based on cellular analysis and follow-up with T.A., the dates in which the majority of the threats occurred are from in or around August 2018 to in or around October 2018. The following are a sample of text messages that MARINKOVIC sent to T.A. in or around August to October 2018, many of which refer to MARINKOVIC's ex-girlfriend E.C. and their son E.M.:

a. "She has until the year 2021 with her restraining order until I find her and fuck her up"

b. "Even if I have to wait for [E.M.] to graduate. I'm going to terrorize her like she claims I do already. She hasn't seen shit. I can't wait to cut her fingers off and make her eat

them. I hope she gets raped and catches aids. She doesn't give a fuck about me. So I'll do the samr"

c. "I'm going to kill that bitch one day."

d. "You will be fucking really miserable soon. So will she. Fuck you both cunts"

e. "I'm going to knock you and your precious buddy princess [derogatory nickname for E.C.] the fuck over one day really soon."

10. Below are a sample of statements T.A. reported that MARINKOVIC said to her over the phone during calls in or around August to November 2018:

a. "You stupid bitch I am going to be in Phoenix in a few days and I am going to kill you."

b. "I am going to kill you. You deserve to die and you deserve to watch your children die."

c. "I am coming to kill you and kill your precious bird and I am going to enjoy it."

d. "You should kill yourself, put your gun in your mouth and pull the trigger."

11. Additionally, MARINKOVIC has sent threats via text message to his sister K.L., who was located in Ohio at the time, MARINKOVIC also told K.L. that she was dead to him and told her he will continue to terrorize E.C.

12. The FBI recently learned that MARINKOVIC traveled away from California, where he had been staying, and back to the southeast, closer to where E.C. and E.M. reside. In or around December 2018, an employee at a hotel in Cairo, Georgia, reported to a law enforcement officer that MARINKOVIC had been staying there. The employee last saw MARINKOVIC at the hotel on or about December 19, 2018.

13. According to T.A., MARINKOVIC keeps a piece of metal on his person to pick locks. In addition, the hotel employee in Cairo reported that MARINKOVIC was walking around the hotel parking lot with a gun on his hip.

## AUTHORIZATION REQUEST

14. Based on the foregoing, I have reason to believe that there is probable cause that NICHOLAS MARINKOVIC has violated 18 U.S.C. § 875(c) (transmitting in interstate commerce threats to injure another person) and 18 U.S.C. §2261A(2) (with intent to harass or intimidate, using electronic communication service to place another person in reasonable fear of serious

injury or death). I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

This completes my affidavit.

_____
Special Agent Sarah Andreasen

Sworn to and subscribed before me this 21st day of December, 2018

_____
HONORABLE THOMAS G. WILSON
United States Magistrate Judge