FILED

2019 JAN 17 AM 11: 24

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:19-cr-00024-T-17AEP
    18 U.S.C. § 2261A(2)
NICHOLAS MARINKOVIC   18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or around March 2018, and continuing through on or about December 22, 2018, in the Middle District of Florida and elsewhere, the defendant,

NICHOLAS MARINKOVIC,

with the intent to kill, injure, harass, intimidate, and place under surveillance with the intent to kill, injure, harass, and intimidate another person, that is, E.C., and in violation of a no-contact order, used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to

E.C., and that placed E.C. in reasonable fear of death and serious bodily injury to E.C. and an immediate family member of E.C., that is, her son.

In violation of 18 U.S.C. §§ 2261A(2) and 2261(b).

## COUNT TWO

On or about October 13, 2018, in the Middle District of Florida and elsewhere, the defendant,

NICHOLAS MARINKOVIC,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to E.C. to injure the person of another with the intent to communicate to E.C. a true threat and with the knowledge that the communication would be viewed as a true threat, that is, MARINKOVIC told E.C. that E.C. would have to watch her son struggling to breathe, that MARINKOVIC would stay alive long enough to ruin her son's life, and that neither E.C. nor her son had a future.

In violation of 18 U.S.C. § 875(c).

## COUNT THREE

On or about October 19, 2018, in the Middle District of Florida and elsewhere, the defendant,

NICHOLAS MARINKOVIC,

did knowingly transmit in interstate and foreign commerce a communication

containing a threat to E.C. to kidnap and injure the person of another with the intent to communicate to E.C. a true threat and with the knowledge that the communication would be viewed as a true threat, that is, MARINKOVIC told E.C. that E.C. would not be physically capable of taking care of her child when MARINKOVIC was "done with" her, that E.C. would die, that E.C.'s son would be raised in an orphanage, that E.C. would not get to see her son grow up, and that E.C.'s son would be taken from her.

In violation of 18 U.S.C. § 875(c).

## COUNT FOUR

Beginning in or around May 2018, and continuing through on or about December 22, 2018, in the Middle District of Florida and elsewhere, the defendant,

NICHOLAS MARINKOVIC,

with the intent to kill, injure, harass, intimidate, and place under surveillance with the intent to kill, injure, harass, and intimidate another person, that is, T.A., used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to T.A., and that placed T.A. in

reasonable fear of death and serious bodily injury to T.A. and immediate family members of T.A., that is, T.A.'s children.

In violation of 18 U.S.C. §§ 2261A(2) and 2261(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Colin P. McDonell
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney
Chief, Special Victims Section

4

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

NICHOLAS MARINKOVIC

## INDICTMENT

Violations: 18 U.S.C. § 2261A(2) and 18 U.S.C. § 875(c)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of January, 2019.

_____
Clerk

Bail $_____

GPO 863 525